# In the United States Court of Federal Claims

JOHN P. BOWEN,

          Plaintiff,

v.

THE UNITED STATES OF AMERICA,

          Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

No. 19-1812L
(Filed: February 21, 2020)

## ORDER

This case was stayed pending resolution of the government's motion to dismiss in State of Mississippi, et al. v. United States, Case No. 19-231, a related case. ECF No. 7. On February 6, the Court denied the government's motion to dismiss in State of Mississippi. Case No 19-231, ECF No. 27. Therefore, the stay of proceedings pursuant to the Court's January 23, 2020 Order, ECF No. 7, is hereby **LIFTED**. On February 20, the Court issued an order detailing the schedule for further proceedings in State of Mississippi. Case No. 19-231, ECF No. 31.

Before the Court is the parties' Joint Status Report proposing further proceedings in this case. The Court will **STAY** the United States' answer to Plaintiff's amended complaint. To promote efficiency, the Court will put this case on the same schedule as State of Mississippi, as follows:

| | |
|---|---|
| **March 2, 2020** | Plaintiff shall file his Amended Complaint |
| **March 23, 2020** | United States shall file its Motion to Consolidate Cases |
| **March 30, 2020** | Plaintiff shall file his Response to the United States' Motion to Consolidate, if any |
| **April 6, 2020** | United States shall file its Reply to Plaintiff's Response, if any |
| **April 10–17, 2020** | Early Meeting of Counsel |
| **April 22, 2020** | Parties shall file a Joint Preliminary Status Report |

After the parties submit their Joint Preliminary Status Report on April 22, the Court will schedule a status conference to discuss further proceedings in this case.

**IT IS SO ORDERED.**


s/ Elaine D. Kaplan
ELAINE D. KAPLAN
Judge